*Clyde B. Charlton* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, A. F. Prescott, Carlton Fox* and *John R. Benney* for respondents.

No. 531. DALLAS COUNTY WATER CONTROL & IMPROVEMENT DISTRICT No. 3 ET AL. *v.* CITY OF DALLAS ET AL. Supreme Court of Texas. Certiorari denied. *Victor W. Bouldin* and *Marie McCutcheon* for petitioners. *H. P. Kucera* for respondents.

No. 533. SOKOL BROTHERS FURNITURE CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Crampton Harris* for petitioner. *Solicitor General Perlman* for respondent.

No. 539. CRAVEN *v.* ATLANTIC COAST LINE RAILROAD CO. C. A. 4th Cir. Certiorari denied. *George E. Allen* for petitioner. *Collins Denny, Jr.* and *J. M. Townsend* for respondent.

No. 540. WASHINGTON GAS LIGHT CO. *v.* BAKER; and No. 548. PUBLIC UTILITIES COMMISSION OF THE DISTRICT OF COLUMBIA *v.* BAKER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Stoddard M. Stevens, C. Oscar Berry* and *Houston H. Wasson* for petitioner in No. 540. *Vernon E. West* and *Lloyd B. Harrison* for petitioner in No. 548. *Herbert P. Leeman, William A. Roberts, Jerome M. Alper, Francis J. Ortman* and *Irene Kennedy* for respondent. Reported below: 88 U. S. App. D. C. ——, 188 F. 2d 11.

No. 542. MINKOFF ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jesse Climenko* and *George Trosk* for petitioners. *Solicitor General Perlman, Assist-*

*ant Attorney General McInerney, Philip R. Monahan* and *Robert G. Maysack* for the United States.

No. 543. RODNEY, U. S. DISTRICT JUDGE, ET AL. *v.* PARAMOUNT PICTURES, INC. ET AL. C. A. 3d Cir. Certiorari denied. *Thurman Arnold* and *Clair J. Killoran* for petitioners. *Roy W. McDonald, Robert E. Sher, George S. Wright* and *Jos. Irion Worsham* for respondents.

No. 544. STECKEL *v.* LURIE ET AL., DOING BUSINESS AS LURIE & ALPER. C. A. 6th Cir. Certiorari denied. *Frederick Bernays Wiener* for petitioner. *John J. Adams* for respondents.

No. 545. CHARLES E. SMITH & SONS CO. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Sol Goodman* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Harry Marselli* for respondent.

No. 549. JENNINGS-WATTS OIL CO., INC. *v.* GILBERT, DOING BUSINESS AS GILBERT STORAGE & TRANSFER CO., ET AL. C. A. 4th Cir. Certiorari denied. *Mac Asbill* for petitioner. *Max J. Gwertzman* and *William S. Mundy, Jr.* for respondents.

No. 553. MORAN TRANSPORTATION CORP. *v.* ADMINISTRATRIX OF MELLINO ET AL. C. A. 2d Cir. Certiorari denied. *Edward Ash* for petitioner. *Jacquin Frank* for respondents.

No. 555. R. H. OSWALD CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Walter E. Barton* for petitioner. *Solicitor General Perl-*